Document 1

```
                 UNITED STATES COURT OF APPEALS

                     FOR THE FOURTH CIRCUIT
                                                       FILED
                                               September 18, 2007

                          No. 05-4883
                          CR-05-63
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

  v.

DWONNE A. WASHINGTON

        Defendant - Appellant

---

On Petition for Rehearing and Rehearing En Banc

---

The appellant's petition for rehearing and rehearing en banc was submitted to this Court. As no member of this Court or the panel requested a poll on the petition for rehearing en banc, and

As the panel considered the petition for rehearing and is of the opinion that it should be denied,

IT IS ORDERED that the petition for rehearing and rehearing en banc is denied.

Entered for a panel composed of Judge Niemeyer, Judge Michael, and Judge Traxler.

For the Court,

/s/ Patricia S. Connor
_____
CLERK