# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 29, 2009

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

RECEIVED 2009 JUL -6 AM 10: 04 U.S. COURT OF APPEALS FOURTH CIRCUIT

Re: Dwonne A. Washington
v. United States
No. 07-8291
(Your No. 05-4883)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk